UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA M. HENSLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 2:20–cv–1448–KJN<br><br>ORDER TO SHOW CAUSE |

　　　On June 24, 2019, the court granted plaintiff's motion to proceed in forma pauperis, and ordered plaintiff to submit service documents to the U.S. Marshal for service of process.[1] (ECF Nos. 3.) On October 5, 2020, the court noted plaintiff had failed to indicate whether these documents had been submitted to the U.S. Marshal, and ordered plaintiff to update the court on service. (ECF No. 25.) She has not done so. Accordingly, plaintiff is hereby ORDERED to show cause why this action should not be dismissed for failure to serve defendant. Failure to respond to this order to show cause within 14 days will result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: January 4, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The parties consented to the Magistrate Judge's jurisdiction for all purposes, and matter was assigned to the undersigned by court order and Local Rule 302(c)(15). (ECF Nos. 8, 9, 10.)